1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CABN 138549)
3  Chief, Criminal Division

4  KIRSTIN M. AULT (CABN 206052)
   Assistant U.S. Attorney
5
   450 Golden Gate Ave., Box 36055
6  San Francisco, CA 94102
   Telephone: (415) 436-6960
7  Facsimile: (415) 436-7234

8  Attorneys for the United States

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,        )   CRIMINAL NO.  3-06 70718
                                      )
14 |        Plaintiff,                )
                                      )   NOTICE OF PROCEEDINGS ON EMC
15 |    v.                            )   OUT-OF-DISTRICT CRIMINAL
                                      )   CHARGES PURSUANT TO RULES
16 | FRANK TOLENTINO,                 )   5(c)(2) AND (3) OF THE FEDERAL RULES
                                      )   OF CRIMINAL PROCEDURE
17 |                                  )
            Defendant.                )
18                                    )
   _____)
19

20      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

21 Procedure that on or about November 2, 2006, the above-named defendant was arrested based

22 upon an arrest warrant (copy attached) issued in case number 06-80155 in the Southern District

23 of Florida, upon an

24      X   Indictment

25      ☐   Information

26      ☐   Criminal Complaint

27      ☐   Other (describe)

28

                                             1

1  In that case, the defendant is charged with a violation of Title 21, United States Code,
2  Section 841, distribution of a controlled substance.
3  Description of Charges: Defendant mailed 50 grams or more of a mixture and substance
4  containing methamphetamine to Florida, in violation of Title 21, United States Code, Section
5  841.

Respectfully Submitted,

KEVIN V. RYAN
UNITED STATES ATTORNEY

Date: 11-2-06

KIRSTIN M. AULT
Assistant U.S. Attorney

CR 12 (Rev. 9/82)     **WARRANT FOR ARREST**    AUSA Rabinowitz/ Grimming DEA/F

## United States District Court

DISTRICT: Southern District of Florida

UNITED STATES OF AMERICA
v.
FRANK TOLENTINO

DOCKET: 06-80155-CR-Middlebrooks/Johnson

MAGISTRATE CASE NO.

NAME AND ADDRESS OF INDIVIDUAL TO BE:
FRANK TOLENTINO
1069 Kitchenen Circle
San Jose, CA 95121

DOB: 08/01/71; SSN: 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; W/M

**WARRANT ISSUED ON THE BASIS OF:**
☐ Order of Court
☒ Indictment   ☐ Information   ☐ Complaint

**TO:** United States Marshals Service or any other authorized representative

DISTRICT OF ARREST:
CITY:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person

### DESCRIPTION OF CHARGES

Did knowingly distribute a controlled substance.

IN VIOLATION OF — UNITED STATES CODE: 21    SECTION: 841(a)(1); 841(b)(1)(B) and (C)

BAIL FIXED BY COURT:
OTHER CONDITIONS OF RELEASE:

ORDERED BY: JAMES M. HOPKINS, UNITED STATES MAGISTRATE JUDGE
SIGNATURE (JUDGE/U.S.): [signature]
DATE: 

CLERK OF COURT: CLARENCE MADDOX
(BY) DEPUTY CLERK: [signature]
DATE ISSUED: 10/23/06

RETURN

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED:
DATE EXECUTED:
NAME AND TITLE OF ARRESTING OFFICER:
SIGNATURE OF ARRESTING OFFICER:

COPY — NOT FOR EXECUTION
U.S. Marshal has ORIGINAL

United States Judge or Judge of a State Court of Record

# BOND RECOMMENDATION

### FRANK TOLENTINO
**Defendant**

Pretrial Detention Bond is recommended.

ADRIENNE RABINOWITZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80155-CR-Middlebrooks/Johnson

21 USC § 841(a)(1)
21 USC §§ 841(b)(1)(B) and (C)

UNITED STATES OF AMERICA,

v.

FRANK TOLENTINO,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 6, 2006, at Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**FRANK TOLENTINO,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of methamphetamine hydrochloride, its salts, isomers, and salts of its isomers.

### COUNT TWO

On or about August 10, 2006, at Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

-1-

**FRANK TOLENTINO,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that the controlled substance was in fact at least fifty (50) grams of a mixture and substance containing a detectable amount of methamphetamine hydrochloride, its salts, isomers, and salts of its isomers.

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
ADRIENNE RABINOWITZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** FRANK TOLENTINO

Case No: _____

Count #: 1

21 U.S.C §841(a)(1); 841(b)(1)(C)

\* Max.Penalty:   20 Years Imprisonment, supervised release of 3 years to life, $1,000,000 Fine

Count #: 2

21 U.S.C §841(a)(1); 841(b)(1)(B)

\*Max. Penalty:   40 Years Imprisonment, supervised release of 4 years to life, $2,000,000 Fine

Count #:

\*Max. Penalty:

Count #:

\*Max. Penalty:
Count #:

\*Max. Penalty:

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.