AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
### Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>Frank Tolentino | COMMITMENT TO ANOTHER DISTRICT<br>(DEFENDANT OUT OF CUSTODY) |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern District of California | Southern District of Florida | 3-06-70718 EMC | 06-80155-CR |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

x Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of    21    U.S.C. § 841

**DISTRICT OF OFFENSE**
Southern District of Florida

**DESCRIPTION OF CHARGES:**

Distribution of a controlled substance

FILED
NOV 17 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CURRENT BOND STATUS:**

x Bail fixed at    $100,000 secured    and defendant is released on bond
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

| Representation: | ☐ Retained Own Counsel | x Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| Interpreter Required? | X No | ☐ Yes | Language: | |
|---|---|---|---|---|

**Defendant is ordered to appear before the Magistrate Judge of the U.S. District Court, 300 S. 6th Street, Ft. Pierce, FL on 12/8/06 at 10:00 a.m.**

11/17/06
Date                              United States Judge or Magistrate Judge

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |