UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 21, 2006

**FILED**
**DEC 0 4 2007**
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court
Southern District of Florida
300 S. 6th Street
Fort Pierce, FL 34950

FILED by _____ D.C.
**NOV 2 7 2006**
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. PIERCE

Case Name:       US -v- Tolentino
Case Number:   3-06-70718 MAG
Charges:              21:841

Dear Clerk:

06-80155-CR-DMM

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Chen. The following action has been taken:

    ( )    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    (X)    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 40 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

V Kymo

by: Valerie Kyono
Case Systems Administrator

Enclosures
cc: Financial Office