BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Email: ronald_tyler@fd.org

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FRANK TOLENTINO,<br><br>　　　　　Defendant. | No. 3 06 70718 EMC<br><br>**NOTICE OF INTENT TO PLEAD GUILTY AND CONSENT TO TRANSFER OF OUT-OF-DISTRICT CASE INTO THIS DISTRICT PURSUANT TO RULE 20 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE** |

Please take notice pursuant to Rule 20 (a) (1) of the Federal Rules of Criminal Procedure that the defendant wishes to plead guilty and to waive trial in the Southern District of Florida, where the matter is now pending under docket number 06-80155-CR-MIDDLEBROOKS. Mr. Tolentino consents to the disposition of the case in the Northern District of California.

Dated:

12/18/06

_____
FRANK TOLENTINO

12/15/06

_____
RONALD C. TYLER
Assistant Federal Public Defender
Counsel for Frank Tolentino

Notice Pursuant to Rule 20
U.S. v. Tolentino 3-06-70718 EMC                                        1