UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80155-CR-MIDDLEBROOKS/JOHNSON

UNITED STATES OF AMERICA,

　　　　Plaintiff,

vs.

FRANK TOLENTINO,

　　　　Defendant.

_____/

CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE

　　　　I, Frank Tolentino, defendant, have been informed that an Indictment is pending against me in the Southern District of Florida, in the above designated case. I agree to plead guilty to the offenses charged and consent to the disposition of the case in the Northern District of California and to waive trial in the Southern District of Florida.

Date: 12/20/06                                                    _____
                                                                            Defendant

Date: 12/20/06                                                    _____
                                                                            Counsel for the Defendant

                                          APPROVED

_____          _____
R. ALEXANDER ACOSTA                                  KEVIN V. RYAN
UNITED STATES ATTORNEY                          UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA             NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**
Court Administrator • Clerk of Court

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

March 23, 2007

United States District Court
Northern District of California
Office of the Clerk
1301 Clay Street Suite 400S
Oakland, California 94612-5212

RE: USA vs. **Frank Tolentino**   3-06-70718 MAG
Case No. **06-80155-Cr-Middlebrooks**

Dear Sir or Madam:

The defendant in the above case has entered a Consent to Transfer of Case for Plea and Sentence (*Under Rule 20*) and is being transferred to your court. The following items are being forwarded herewith:

(1) ~~original~~ Certified Copy Consent to Transfer of Case for Plea and Sentence (*Under Rule 20*)
(1) certified copy of the Indictment/Information
(1) certified copy of the Docket Sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: _/s/ Patricia Alcalde_
Patricia Alcalde
Deputy Clerk

Encl.

cc: Court File

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Clarence Maddox**
Court Administrator • Clerk of Court

301 North Miami Avenue
Miami, Florida 33128-7788
(305) 523-5100

March 23, 2007

United States District Court
Northern District of California
Office of the Clerk
1301 Clay Street Suite 400S
Oakland, California 94612-5212

RE: US vs. **Frank Tolentino**
Case No.**06-80155-Cr-Middlebrooks**

Dear Sir or Madam:

The defendant in the above case has entered a Consent to Transfer of Case for Plea and Sentence (*Under Rule 20*) and is being transferred to your court. The following items are being forwarded herewith:

(1) ~~original~~ *certified copy* Consent to Transfer of Case for Plea and Sentence (*Under Rule 20*)
(1) certified copy of the Indictment/Information
(1) certified copy of the Docket Sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it the envelope which has been provided.

CLARENCE MADDOX
Clerk of Court

by: _____
Patricia Alcalde
Deputy Clerk

Encl.

```
CLERK'S ACKNOWLEDGMENT OF RECEIPT

This case has been assigned our
case number:

_____

by: _____,
    Deputy Clerk

Date: _____
```

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80155-CR-Middlebrooks/Johnson

21 USC § 841(a)(1)
21 USC §§ 841(b)(1)(B) and (C)

UNITED STATES OF AMERICA,

v.

FRANK TOLENTINO,

Defendant.

_____/

FILED by ___ D.C.
MAG. SEC.
OCT 2 0 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 6, 2006, at Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**FRANK TOLENTINO,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance was in fact a mixture and substance containing a detectable amount of methamphetamine hydrochloride, its salts, isomers, and salts of its isomers.

### COUNT TWO

On or about August 10, 2006, at Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

-1-

**FRANK TOLENTINO,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that the controlled substance was in fact at least fifty (50) grams of a mixture and substance containing a detectable amount of methamphetamine hydrochloride, its salts, isomers, and salts of its isomers.

A TRUE BILL

FOREPERSON

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

ADRIENNE RABINOWITZ
ASSISTANT UNITED STATES ATTORNEY

-2-

Case 9:06-cr-80155-DMM   Document 5   Entered on FLSD Docket 11/30/2006   Page 3 of 4

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

vs.

FRANK TOLENTINO,

_____ /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s)    Yes ___   No ___
Number of New Defendants  ___
Total number of counts   ___

**Court Division:** (Select One)

___ Miami   ___ Key West
___ FTL   _X_ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    No

   List language and/or dialect   English

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_       Petty      ___
   II   6 to 10 days     ___       Minor      ___
   III  11 to 20 days    ___       Misdem.    ___
   IV   21 to 60 days    ___       Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) ___ No ___
   If yes:
   Magistrate Case No.   _____ N/A _____
   Related Miscellaneous numbers:   _____ N/A _____
   Defendant(s) in federal custody as of   _____ N/A _____
   Defendant(s) in state custody as of   _____ N/A _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _____ No _____

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ?   ___ Yes  _X_ No

_____
Adrienne Rabinowitz
Assistant United States Attorney
Florida Bar No. 0833754

Penalty Sheet(s) attached                                REV.1/14/04

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** FRANK TOLENTINO

**Case No:** _____

Count #: 1

        21 U.S.C §841(a)(1); 841(b)(1)(C)

\* **Max.Penalty:** 20 Years Imprisonment, supervised release of 3 years to life, $1,000,000 Fine

Count #: 2

        21 U.S.C §841(a)(1); 841(b)(1)(B)

\***Max. Penalty:** 40 Years Imprisonment, supervised release of 4 years to life, $2,000,000 Fine

Count #:

\***Max. Penalty:**

Count #:

\***Max. Penalty:**

Count #:

\***Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

LRJ

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CRIMINAL DOCKET FOR CASE #: 9:06-cr-80155-DMM-ALL
## Internal Use Only

Case title: USA v. Tolentino           Date Filed: 10/20/2006

Assigned to: Judge Donald
M. Middlebrooks
Referred to: Magistrate Judge
Linnea R. Johnson

**Defendant**

**Frank Tolentino** (1)           represented by **Federal Public Defender**
West Palm Beach Office
400 Australian Ave. North
Suite 300
West Palm Beach, FL 33401
US
561-833-6288
Fax: 561-833-0368
Email: cjonesaty@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*
*Designation: Public Defender*
*Appointment*

**Lori E. Barrist**
Federal Public Defender's
Office
400 Australian Avenue

Suite 1000
West Palm Beach, FL 33401-5040
561-833-6288
Fax: 833-0368
Email: lori_barrist@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| CONTROLLED SUBST SELL/DISTR/DISPENSE (1-2) | |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

USA                 represented by **Adrienne Rabinowitz**
                                   United States Attorney's Office
                                   500 South Australian Avenue

Suite 400
West Palm Beach, FL 33401
561-820-8711
Fax: 659-4526
Email:
adrienne.rabinowitz@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2006 | 1 | Motion to Seal (ck) Modified on 11/30/2006 (eg1). (Entered: 10/25/2006) |
| 10/20/2006 | 2 | Order to Seal Document (ck). Modified on 11/30/2006 (eg1). (Entered: 10/25/2006) |
| 10/20/2006 | 3 | INDICTMENT as to Frank Tolentino (1) count(s) 1-2. (eg1) (Entered: 11/30/2006) |
| 10/23/2006 | 4 | *** ARREST Warrant Issued by Judge James M. Hopkins in case as to Frank Tolentino. Bond set at: Pretrial Detention. (eg1) (Entered: 11/30/2006) |
| 11/02/2006 |  | Arrest of Frank Tolentino in Northern District of California. (eg1) (Entered: 11/30/2006) |
| 11/27/2006 | 5 | Rule 5(c)(3) Documents Received as to Frank Tolentino. (eg1) (Entered: 11/30/2006) |
| 12/08/2006 | 6 | Minute Entry for proceedings held before Judge Linnea R. Johnson :Initial Appearance as to Frank Tolentino held on 12/8/2006 (Tape #LRJ-06-68-329.) (eg1) (Entered: 12/08/2006) |
| 12/08/2006 | 7 | Order on Initial Appearance as to Frank Tolentino for proceeding held on 12/8/2006 Attorney Federal Public Defender for Frank Tolentino added for the defendant. Court continues defendant on same bond of $100,000 |

| | | |
|---|---|---|
| | | PSB; Report to Pretrial Services 1 x week in person; Mandatory drug testing and if necessary, treatment and counseling; Restricted to Southern District of Florida and District where he lives. Tape #LRJ-06-68-329 . Signed by Judge Linnea R. Johnson on 12/8/06. (eg1) (Entered: 12/08/2006) |
| 12/08/2006 | 8 | ARRAIGNMENT INFORMATION SHEET as to Frank Tolentino (1) Count 1-2. Arraignment held on 12/8/2006 before Judge Linnea R. Johnson. NOT GUILTY PLEA ENTERED as to counts. Court accepts plea. Tape #LRJ-06-68-329 (eg1) (Entered: 12/08/2006) |
| 12/08/2006 | 9 | STANDING DISCOVERY ORDER as to Frank Tolentino. All motions concerning matters not covered by this order must be filed within 28 days of this order. Signed by Judge Linnea R. Johnson on 12/8/06. (eg1) (Entered: 12/08/2006) |
| 12/12/2006 | 10 | Notice of Assignment of Assistant Federal Public Defender as to Frank Tolentino. Attorney Lori E. Barrist added. (Barrist, Lori) (Entered: 12/12/2006) |
| 12/12/2006 | 11 | Invocation of Right to Silence and Counsel by Frank Tolentino (Barrist, Lori) (Entered: 12/12/2006) |
| 12/14/2006 | 12 | Personal Surety Bond Entered as to Frank Tolentino Bond amount $100,000. (Defendant released 12/8/06-See Order on Initial for bond conditions) Approved by Judge Linnea R. Johnson (eg1) (Entered: 12/14/2006) |
| 12/14/2006 | 13 | ORDER as to Frank Tolentino Calendar Call set for 1/3/2007 10:00 AM in West Palm Beach Division before Judge Donald M. Middlebrooks. Jury Trial set for 1/8/2007 09:00 AM in West Palm Beach Division before Judge Donald M. Middlebrooks.Signed by Judge Donald M. Middlebrooks on 12/13/2006. (ls) (Entered: 12/14/2006) |
| 12/19/2006 | 14 | NOTICE *of Filing and Request to Remove Case From* |

| | | |
|---|---|---|
| | | *Trial Calendar* by Frank Tolentino (Attachments: # 1) (Barrist, Lori) (Entered: 12/19/2006) |
| 12/21/2006 | 15 | ORDER Removing Case From Trial Calendar as to Frank Tolentino. Signed by Judge Donald M. Middlebrooks on 12/21/2006. (ls) (Entered: 12/22/2006) |
| 12/22/2006 | 16 | RESPONSE to Standing Discovery Order by USA as to Frank Tolentino (Rabinowitz, Adrienne) (Entered: 12/22/2006) |
| 01/04/2007 | 18 | NOTICE OF FILING RULE 20 consent to transfer case, by USA as to Frank Tolentino re 17 Notice (Other), Notice (Other) (pa) (Entered: 01/08/2007) |
| 01/08/2007 | 17 | NOTICE of Consent to transfer of Case for plea and sentence signed by R. Alexander Acosta US Attorney for Southern District of Florida and Kevin V. Ryan US Attorney Northern District of California, by USA as to Frank Tolentino (PLEASE NOTE: DOCUMENT SENT TO JUDGE MIDDLEBROOKS CHAMBERS FOR APPROVAL). (pa) (Entered: 01/08/2007) |
| 01/10/2007 | 19 | Arrest Warrant Returned Executed on 12/8/2006 in case as to Frank Tolentino (ls) (Entered: 01/11/2007) |
| 03/23/2007 | 20 | Transmittal Letter as to Frank Tolentino sent to Northern District of California, Oakland with Certified Copies of Consent to transfer rule 20, Indictment, docket sheet (pa) (Entered: 03/23/2007) |