| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **July 19, 2007**

Reporter**: Kathy Powell**

| | |
|---|---|
| **Case No: CR-07-0308 -CRB** | **DEFT:** FRANK TOLENTINO<br>(X)Present |
| AUSA: Kirsten Ault | DEF ATTY: Ron Tyler |

**REASON FOR HEARING**   Status Conference

**RESULT**   Matter called, case set for a change of plea

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** August 29, 2007 @ 9:30 a.m.   **for** Change of Plea

**JUDGMENT**

Notes: