BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TOLENTINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00308 CRB |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **HEARING; [PROPOSED] ORDER** |
| v. ) | |
| ) | |
| FRANK TOLENTINO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, August 29, 2007, be continued to Wednesday, October 3, 2007. The reason for the continuance is that defense counsel represents that additional discovery from the transferring district is pending. Additional time is needed for discovery production and review by counsel.

IT IS SO STIPULATED:

Dated: August 22, 2007                 _____/S/_____
                                       RONALD C. TYLER
                                       Assistant Federal Public Defender

Dated: August 22, 2007                 _____/S/_____
                                       KIRSTIN AULT
                                       Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING
No. CR 07-00308 CRB                    1

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the hearing in the aforementioned matter currently set for August 29, 2007, shall be continued to October 3, 2007.

**IT IS SO ORDERED**.

Dated: August 23, 2007

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Charles R. Breyer]*

STIPULATION TO CONTINUE
HEARING
No. CR 07-00308 CRB                                    2