| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

**FILED**

Date: **October 24, 2007**

OCT 2 4 2007

Reporter: **Connie Kuhl**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: CR-07-0308-CRB             DEFT: **FRANK TOLENTINO**
                                                                      (X)Present

AUSA: Kirsten Ault                          DEF ATTY: Ronald Tyler

**REASON FOR HEARING**    Change of Plea

**RESULT**  defendant placed under oath, enters a plea of guilty to the indictment. The Court accepts the plea of guilty and the defendant is adjudged guilty.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** January 30, 2008 @ 2:15 p.m.   **for** Judgment and Sentence

**JUDGMENT** _____

Notes: _____