IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 07-0308 CRB (EMC) |
| Plaintiff, ) | |
| ) | ORDER PERMITTING TRAVEL |
| vs. ) | |
| ) | |
| FRANK TOLENTINO, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION

The defendant was originally released on bond in this matter on November 14, 2006, prior to his appearance in the Southern District of Florida. He has been on pretrial supervision in this district ever since. The case has now been transferred to this district and Mr. Tolentino is pending sentencing. Mr. Tolentino wishes to join his family on has planned a trip to Las Vegas, Nevada, leaving on January 10, 2008 and returning on January 15, 2008. Defense counsel avers that United States Pretrial Service Officer Laura Weigel has no objection to the proposed travel. It is so stipulated.

DATED: December 12, 2007                _____/S/_____
                                        RONALD C. TYLER
                                        Assistant Federal Public Defender
                                        Counsel for Frank Tolentino

STIP & ORDER PERMITTING TRAVEL
*United States v. Frank Tolentino*
CR 07-0308 CRB (EMC)                - 1 -

DATED:   December 13, 2007     _____/S/_____
KIRSTIN AULT
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, the defendant is hereby permitted to travel to Las Vegas, Nevada, leaving on January 10, 2008 and returning on January 15, 2008.

IT IS SO ORDERED.

DATED:   December 14, 2007     _____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

STIP & ORDER PERMITTING TRAVEL
*United States v. Frank Tolentino*
CR 07-0308 CRB (EMC)                - 2 -