IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>vs. )<br>FRANK TOLENTINO, )<br>        Defendant. ) | No. CR 07-0308 CRB<br><br>STIPULATION AND ORDER<br>CONTINUING HEARING |

**STIPULATION**

The parties agree to continue the hearing in the above-captioned matter from January 30, 2008 until February 13, 2008 at 2:15 p.m.

It is so stipulated.

DATED:    January 25, 2008          ___/s/_____
                                    RONALD TYLER
                                    Assistant Federal Public Defender
                                    Counsel for Frank Tolentino

DATED:    January 25, 2008          ___/s/_____
                                    KIRSTIN AULT
                                    Assistant United States Attorney

//

STIP & ORDER CONTINUING HEARING
*United States v. Tolentino*
CR 07-0308 CRB                      - 1 -

1 **ORDER**

2  GOOD CAUSE APPEARING, it is hereby ordered that the sentencing hearing in the above-

3 captioned matter be continued until February 13, 2008 at 2:15 p.m.

4 IT IS SO ORDERED.

5

6 DATED:

7 _____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE