IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FRANK TOLENTINO,<br><br>        Defendant. | )<br>)  No. CR 07-0308 CRB<br>)<br>)<br>)  STIPULATION AND ORDER<br>)  CONTINUING HEARING<br>)<br>)<br>)<br>) |

**STIPULATION**

The parties agree to continue the hearing in the above-captioned matter from January 30, 2008 until February 13, 2008 at 2:15 p.m.

It is so stipulated.

DATED:   January 25, 2008          ___/s/_____
                                   RONALD TYLER
                                   Assistant Federal Public Defender
                                   Counsel for Frank Tolentino


DATED:   January 25, 2008          ___/s/_____
                                   KIRSTIN AULT
                                   Assistant United States Attorney

//

STIP & ORDER CONTINUING HEARING
*United States v. Tolentino*
CR 07-0308 CRB                                  - 1 -

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the sentencing hearing in the above-captioned matter be continued until February 13, 2008 at 2:15 p.m.

IT IS SO ORDERED.

DATED:   January 25, 2008

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE



STIP & ORDER CONTINUING
*United States v. Tolentino*
CR 07-0308 CRB                          - 2 -