BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TOLENTINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>FRANK TOLENTINO,<br><br>    Defendant. | No. CR 07-00308 CRB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE HEARING** |

  Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Wednesday, February 13, 2008, be continued to Wednesday, April 9, 2008.  The reason for the continuance is the plea agreement contemplates a safety-valve sentence below the five-year mandatory minimum, however Mr. Tolentino has one prior state conviction. Defense counsel recently learned that there is a reasonable likelihood that the prior conviction will be expunged.  He is working with the San Francisco Public Defender to accomplish this and has been informed that the process normally takes thirty to ninety days.

1  All parties, including the probation officer, are available on the requested date.

2  IT IS SO STIPULATED:

3  Dated: February 7, 2008                    _____/S/_____
                                               RONALD C. TYLER
4                                              Assistant Federal Public Defender

5

6  Dated: February 7, 2008                    _____/S/_____
                                               KIRSTIN AULT
7                                              Assistant United States Attorney

8

9                          **[PROPOSED] ORDER**

10  GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the

11  aforementioned matter currently set for February 13, 2008, shall be continued to April 9, 2008.

12  **IT IS SO ORDERED**.

13

14  Dated:_____           _____
                                             THE HONORABLE CHARLES R. BREYER
15                                           UNITED STATES DISTRICT COURT JUDGE