1   BARRY J. PORTMAN
    Federal Public Defender
2   RONALD C. TYLER
    Assistant Federal Public Defender
3   450 Golden Gate Avenue
    19 th Floor, Box 36106
4   San Francisco, CA 94102
    Telephone: (415) 436-7700
5

6   Counsel for Defendant TOLENTINO

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,        )   No. CR 07-00308 CRB
                                     )
12              Plaintiff,           )   **STIPULATION AND ~~[PROPOSED]~~**
                                     )   **ORDER TO CONTINUE HEARING**
13      v.                           )
                                     )
14  FRANK TOLENTINO,                 )
                                     )
15              Defendant.           )
    _____ )
16

17          Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the sentencing hearing in the above-captioned matter, presently

19  scheduled for Wednesday, February 13, 2008, be continued to Wednesday, April 9, 2008. The

20  reason for the continuance is the plea agreement contemplates a safety-valve sentence below the

21  five-year mandatory minimum, however Mr. Tolentino has one prior state conviction. Defense

22  counsel recently learned that there is a reasonable likelihood that the prior conviction will be

23  expunged. He is working with the San Francisco Public Defender to accomplish this and has

24  been informed that the process normally takes thirty to ninety days.

25

26

1    All parties, including the probation officer, are available on the requested date.

2    IT IS SO STIPULATED:

3    Dated:   February 7, 2008                    _____/S/_____
                                                  RONALD C. TYLER
4                                                 Assistant Federal Public Defender

5

6    Dated:   February 7, 2008                    _____/S/_____
                                                  KIRSTIN AULT
7                                                 Assistant United States Attorney

8

9                              **[PROPOSED]** **ORDER**

10    GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the

11   aforementioned matter currently set for February 13, 2008, shall be continued to April 9, 2008.

12    **IT IS SO ORDERED**.

13

14   Dated:_ February 11, 2008 _____          _____
                                               THE HONORABLE CHARLES R. BREYER
15                                             UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARING;
*U.S v. Frank Tolentino* No. CR 07-00308 CRB          2