1 | BARRY J. PORTMAN
Federal Public Defender
2 | RONALD C. TYLER
Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
19 th Floor, Box 36106
4 | San Francisco, CA 94102
Telephone: (415) 436-7700

6 | Counsel for Defendant TOLENTINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00308 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING** |
| v. | |
| FRANK TOLENTINO, | |
| Defendant. | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Wednesday, April 9, 2008, be continued to Wednesday, May 7, 2008. The reason for the continuance is that defense counsel needs additional time to complete sentencing preparation based on related state court matters.

//

//

//

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARING;
*U.S v. Frank Tolentino* No. CR 07-00308 CRB          1

1     All parties, including the probation officer, are available on the requested date.

2     IT IS SO STIPULATED:

3 Dated: April 7, 2008                  ____/s/_____
                                              RONALD C. TYLER
4                                                 Assistant Federal Public Defender

6 Dated: April 7, 2008                  ____/s/_____
                                              KIRSTIN M. AULT
7                                                 Assistant United States Attorney

9                                         **[PROPOSED] ORDER**

10     GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the

11 aforementioned matter currently set for Wednesday, April 9, 2008, shall be continued to

12 Wednesday, May 7, 2008.

13     **IT IS SO ORDERED**.

15 Dated:_____             _____
                                                 THE HONORABLE CHARLES R. BREYER
16                                                  UNITED STATES DISTRICT COURT JUDGE