1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
6  Counsel for Defendant TOLENTINO
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,         )    No. CR 07-00308 CRB
                                      )
12             Plaintiff,             )    **STIPULATION AND [PROPOSED]**
                                      )    **ORDER TO CONTINUE HEARING**
13      v.                            )
                                      )
14  FRANK TOLENTINO,                  )
                                      )
15             Defendant.             )
    _____ )
16

17      Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the sentencing hearing in the above-captioned matter, presently

19  scheduled for Wednesday, April 9, 2008, be continued to Wednesday, May 7, 2008. The reason

20  for the continuance is that defense counsel needs additional time to complete sentencing

21  preparation based on related state court matters.

22  //

23  //

24  //

25

26

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARING;
*U.S v. Frank Tolentino* No. CR 07-00308 CRB         1

1   All parties, including the probation officer, are available on the requested date.

2   IT IS SO STIPULATED:

3   Dated:   April 7, 2008                    ____/s/_____
                                                RONALD C. TYLER
4                                               Assistant Federal Public Defender

5

6   Dated:   April 7, 2008                    ____/s/_____
                                                KIRSTIN M. AULT
7                                               Assistant United States Attorney

8

9                          [PROPOSED] ORDER

10  GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the

11  aforementioned matter currently set for Wednesday, April 9, 2008, shall be continued to

12  Wednesday, May 7, 2008.

13  **IT IS SO ORDERED**.

14

15  Dated:  April 08, 2008                    _____
                                                THE HONORABLE CHARLES R. BREYER
16                                              UNITED STATES DISTRICT COURT JUDGE

*[Signature/seal: IT IS SO ORDERED — Judge Charles R. Breyer, United States District Court, Northern District of California]*

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE HEARING;
*U.S v. Frank Tolentino* No. CR 07-00308 CRB          2