# EXHIBIT A

Jeff Adachi
Public Defender
Debra Hoffmann, #142157
Deputy Public Defender
555 Seventh Street
San Francisco, CA 94103
(415) 553-1671

Attorney for Petitioner

ENDORSED FILED San Francisco County Superior Court
APR 2 - 2008

Received
APR 15 2008
Federal Public Defender
San Francisco

**In the Superior Court of the State of California
in and for the County of San Francisco**

**The People of the State of California,**

Plaintiff,

vs.

FRANKTOLENTINO,

Petitioner.
_______________________________________/

SCN: 198108
MCN: 2252340
D.O.B. 08/23/1979
SFNO: 610974

## Order Reducing Felony to Misdemeanor (Penal Code, § 17(b))

Good Cause Appearing Therefor,

IT IS HEREBY ORDERED that the conviction of the above named petitioner on March 27, 2006, of Penal Code section 475(C) be hereby reduced to a misdemeanor.

IT IS FURTHER ORDERED that pursuant to Penal Code Sections 11117 and 13151, the State Department of Justice be notified of the terms of this order.

Dated: APR 2 2008, 2008.

THE ANNEXED INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE. ATTEST: CERTIFIED

Rafael Arata
Judge of the Superior Court

APR 2 2008
Clerk, Superior Court, County of San Francisco
DEPUTY CLERK