**EXHIBIT B**


PATHWAY
SOCIETY, INC

February 1, 2008

To Whom It May Concern:

My name is Chris Jones. I am a Rehabilitation Counselor who is certified in the state of California by CAADAC. I work full time in the capacity of a professional counselor.

I have known Frank V. Tolentino for over one year and have been his outpatient counselor since May of 2007. Frank attends individual sessions weekly with an emphasis on relapse prevention utilizing a cognitive behavioral approach. Frank has provided me with the proper consents to disclose our professional relationship.

Over that past year, I have been able to witness Mr. Tolentino grow in his recovery and take accountability for his past decisions and actions. Mr. Tolentino has demonstrated his dedication in being a productive member of society. He is always on time to appointments, has maintained gainful employment and develops healthy relationships with other people around him.

I believe Mr. Tolentino is serious about his commitment to a better life. I think he is capable of living a life free of negative behaviors, substance abuse and criminal activity. I support him in his decisions to change and ask the courts for the opportunity to put his past in-discrepancies behind him. I believe he has the intelligence and has gained the wisdom to "do the right thing". He has healthy goals and aspirations to look forward to and I am confident that he plans on pursuing them.

I recommend Mr. Tolentino for any opportunities available to him to better his life and encourage his successes. I wish him my best.

If you have any further questions, feel free to contact me directly.

Chris A. Jones, CADCII
Clinical Supervisor
Pathway Society, Inc. Outpatient Services
16360 Monterey Road #150
Morgan Hill, CA 95037
408 776 1067 ph
408 776 8073 fax
cjones@pathwayinc.com

Michael T. Pritchard, M.A.
Executive Director

Residential Drug Treatment
Outpatient Counseling
Assessments
Sober Living Environments
Adolescent Treatment Services
Student Assistance Programs
Community Education
Justice System Alternatives

659 Scott Blvd • Suite 30 • Santa Clara  CA  95050 • 408. 244.1834

A United Way Agency

# ROTARY CLUB OF ALMADEN VALLEY
## *Proudly Presents The*
## SILICON VALLEY YOUTH CLASSIC
## CHARLIE WEDEMEYER ALL STAR FOOTBALL GAME

February 12, 2008

To the Honorable Judge of the Presiding Department:

I am a retired Detective Sergeant from the San Jose Police Department. I served with the police department for 30 years. During those years, I was an active member of the Almaden Valley Rotary Club and continue to be a Rotarian serving as Chairman of the Silicon Valley Youth Classic; this All Star Football Game is now in its 34th year. Also during this time, I was involved with Youth Focus, Inc., which raises monies for scholarships for young people; I still serve as President for this organization.

I have known Frank V. Tolentino for over 15 years. He has volunteered his time to assist with various events, particularly with the All Star Football Game, which raises funds for many charitable organizations in Santa Clara County. I have found him to be honest, trustworthy, dedicated and reliable. Fundraisers are staffed with volunteers and I know I can rely on Frank's willingness to help; I plan to use him for future community events.

Because of my past experience with the San Jose Police Department and working with youth, I would be willing to offer counseling and community service hours for Frank. It is unfortunate that he got into some difficult times, but I feel strongly that with the support of his family and friends, he can look forward to a positive and fulfilling future.

Please feel free to call me at (408) 268-7196 if I can be of further assistance.

Sincerely,

*James J. Guido*

James J. Guido, Game Chair
Member – Almaden Valley Rotary Club




P. O. Box 20933 • San Jose CA 95160
(408) 268-7196 • FAX (408) 268-2960
www.youthclassic.org

**Body Choice Nutrition, Inc.**

1595 Peachtree Parkway Suite 204-359 Cumming, GA 30041

February 11, 2007

To the Honorable Judge of the Presiding Department,

My name is Melissa Sloan. I am the Northern California regional manager for Body Choice Inc. I have worked with Body Choice since the summer of 2007. I first met Frank V. Tolentino in August, when I became his manager in the San Francisco Bay area.

Mr. Tolentino has demonstrated to the company that he is a hard working individual. Mr. Tolentino works weekly as a sales representative in over 4 of our stores in the area. He has worked with the company since May of 2007 and has never missed a day of work. He continues to show up on time and performs the tasks needed to represent the company in a positive manner. His ambition to do well in the company shows, as he earns bonuses from month to month. His customer service and ability to present his product knowledge has led him to be in the running for one of the top sales representatives in his region.

I believe that we are only human, and everyone makes mistakes. I am also a firm believer that everyone deserves a second chance. I support Frank V. Tolentino entirely and can rely on him for anything, if needed.

If you have any questions or concerns, you may contact directly at (404)309-1903.

Sincerely,

Melissa Sloan

**LOCKHEED MARTIN**

Lockheed Martin Space Systems Company
1111 Lockheed Martin Way
Sunnyvale, CA 94089-1212

Date: February 13, 2008

To: The Honorable Judge of the Presiding Department

From: Beatrice T. Ochoa

Subject: RECOMMENDATION LETTER FOR FRANK V. TOLENTINO

To The Honorable Judge of the Presiding Department,

Allow me to introduce myself; I am Beatrice T. Ochoa, a long-time resident of San Jose, CA, and an employee of Lockheed Martin Space Systems Company (LMSSC), in Sunnyvale, CA. I have been employed by LMSSC since July 1981, and am currently an Office Planner and Facilities Coordinator for the THAAD Program Operations group at LMMSC. My relationship to Frank V. Tolentino is being his aunt (his father's sister). I have known Frank since he was born in August 1979.

Frank has always been a warm, caring, respectful and loving person. He has shown wonderful qualities since he was a little boy. He is creative and has an entrepreneurial-type quality about him; resourceful. He was always interested in doing all he can to learn about anything there was to learn about. I recall him being very creative in his early elementary school years. He enjoyed arts & crafts, photography, making home videos with family and included the family's dog – He was quite the "Emcee" and comedian for these home-videos.

Frank was instrumental raising funds to go to Australia and New Zealand, since he was nominated and selected to participate in the People to People Program, as a U.S. Student Ambassador, when he was only 13 years old. He sold candy to raise funds for airfare, and was sponsored by a family friend who made jewelry, which he helped sell toward earning his airfare. He was bound and determined to raise funds for half the cost of his ticket. He had an excellent opportunity and learning experience as a Student Ambassador.

Frank graduated from Andrew Hill High School in 1998, worked part-time at Baker's Square and later at the Marriott Hotel's restaurant (both in the San Jose area), and was accepted to and attended the University of Laverne (Laverne, CA), also in 1998 and graduated in 2002.

In my opinion, Frank has always been an amazing person, with his mild-mannered ways and ability to make a difference in the lives he touches.

Respectfully submitted,

Beatrice T. Ochoa