BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 07-0308 CRB |
| Plaintiff, ) | |
| ) | DEFENDANT'S SUPPLEMENTAL |
| v. ) | SENTENCING SUBMISSION |
| ) | |
| FRANK TOLENTINO, ) | |
| ) | |
| Defendant. ) | |

Frank Tolentino hereby submits the following personal letter to the Court, in support of the requested sentence. Exhibit A.

Dated: May 5, 2008

                                          Respectfully submitted,

                                          BARRY J. PORTMAN
                                          Federal Public Defender

                                          /s/

                                          RONALD C. TYLER
                                          Assistant Federal Public Defender

DEFT SUPP SENT SUBMISSION
*U.S. v. Tolentino*, CR 07-0308 CRB