# Exhibit A

May 5, 2008

To the Honorable Judge Charles R. Breyer,

On January 28, 2006, I, Frank Valdez Tolentino landed a charge of 2nd Degree burglary (459PC/F) in the city of San Francisco CA. I accepted a plea agreement with the DA's office and served about 20 days in custody. Since I plead guilty to the charge, I was granted a suspended sentence period of my time served, approximately $9,000 for restitution, and an agreement stating the felony charge to be adjusted to misdemeanor once restitution is paid in full.

On Thursday, February 7, 2008, the restitution was paid in full at the Superior Court of San Francisco, CA.

The felony charge on my record has hurt my life in different ways. From 1998 to 2002, I attended the University of La Verne in La Verne, CA. and was earning my BA in Communications. Because of my record, it has been extremely difficult to find a company that is willing to hire me. In February of 2007, I applied for an event coordinator position at a prestigious company, and following my initial interview with the directors of the company, I was recommended for a Senior Event Coordinator position instead. A few days later, after they ran an extensive background check, they denied my employment because of the felony charge on my record. There have other instances like this where I have been denied positions due to my record. Even though I have not been able to find a position for at a company where I can use my skills and knowledge from my college education, I have been able to find full time work in other areas of employment.

Since this conviction, I have not had any other convictions in any other city, county, or state.

Prior to this conviction, I lived a fast paced lifestyle. My line of work was based in Los Angeles's entertainment and night life. I worked closely with people from entertainment producers and promoters to performers and club owners. Because of the nature of the entertainment business and the people involved, drugs and alcohol were rapidly introduced. Before I got myself working in the industry, I was a straight forward, innocent bystander. I believe that peer pressure played a role and soon after I started using drugs and drinking alcohol to "fit in" with those that I worked with and spent time with. I believe that because of the drug use, it influenced me to do the actions I did, in order for me to have gotten this conviction.

Today, I have reverted back to my ways prior to my drug involvement. I no longer have any ties or communication with ANY of the people of my past. I have not used drugs or alcohol for well over a year. My circle of friends has completely been changed, and I have surrounded myself with mainline individuals who chose a higher position in life with sobriety. I keep myself busy by working a full time job in San Jose, CA. and spend my free time with my partner and/or my family. I have realized that "life

with drugs," is not a great way to live life, especially since it only causes chaos in all aspects of its meaning.

My support system is the most important to me. I get plenty of support from my family, especially my parents. I have discussed with them my problems and how I have struggled because of this conviction, and they have given their complete support in finding every possible means to expunge this conviction from my record so that I can move on with my life and be a successful part of our society. In addition to my parents support, I have gained support from all my uncles, aunts, cousins, and even from close family friends. Everyone knows about my past, and everyone hopes for the best of my future.

Since my conviction I have found other types of work. Starting from the most current, since May of 2007, I have been working as a sales representative for Body Choice Inc., based out of Georgia. I work in several Costco warehouse stores throughout the SF Bay Area, from 10am – 4pm on Thursdays through Mondays. And prior to that from February to April 2007, I worked for a promotional company, running promotions for Safeway in several San Jose stores. And lastly, from November 2006 to January 2007, I was working as MIT (Manager in Training) for the Hollister/Abercrombie Company in San Jose, CA.

On January 11, 2007, I began attending one hour drug counseling sessions on a weekly basis at the Pathway Society and rehab facilities in San Jose CA. I have completed over sixty consecutive sessions of counseling with my counselor, Chris Jones, who has helped me to remain on my clean and sober lifestyle. I have been clean and sober now for 17 months and 29 days.

*Frank Valdez Tolentino*

Frank Valdez Tolentino
1069 Kitchener Circle
San Jose, CA 95121