UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE CHARLES R. BREYER
Courtroom Clerk: **Barbara Espinoza**

**FILED**

MAY - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: **May 7, 2008**

Reporter: **Belle Ball**

Case No: **CR-07-0308-CRB**

DEFT: **FRANK TOLENTINO**
(X)Present

AUSA: Kirsten Ault
Interpreter: _____
USPO: Brian Casai

DEF ATTY: Ron Tyler

**REASON FOR HEARING** Judgment and Sentencing

**RESULT** sentenced to sixty (60) months on counts 1 and 2 with each count to run concurrent.

Self surrender by July 14, 2008.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____ **for** _____

**JUDGMENT** sixty(60) months on counts 1 and 2 with each count to run concurrent upon release to four (4) years supervised release on counts 1 and 2 with each term to run concurrent under the standard and additional conditions set forthwith. Assessment fee: $200.00 due immediately; Fine: waived

Notes: The Court amends the PSR as to paragraph 32 strike the word felony and insert misdemeanor