BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19 th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TOLENTINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK TOLENTINO,<br><br>　　　　　Defendant. | No. CR 07-00308 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR SELF-SURRENDER** |

## STIPULATION

The Court previously ordered the defendant to surrender on July 14, 2008. Both parties stipulate that the defendant should be afforded a continuance of his self-surrender date, until October 6, 2008.

It is so stipulated:

Dated: July 8, 2008　　　　　　　　\_\_\_\_\_/s/_____
　　　　　　　　　　　　　　　　　RONALD C. TYLER
　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

Dated: July 8, 2008　　　　　　　　\_\_\_\_\_/s/_____
　　　　　　　　　　　　　　　　　KIRSTIN M. AULT
　　　　　　　　　　　　　　　　　Assistant United States Attorney

Stipulation and [Proposed] Order to Continue
Self-Surrender Date;
*U.S v. Frank Tolentino*; CR 07-00308 CRB　　　　1

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the self-surrender date for the defendant in the aforementioned matter currently set for July 14, 2008, shall be continued to October 6, 2008.

**IT IS SO ORDERED**.

Dated:_____    _____
                                  THE HONORABLE CHARLES R. BREYER
                                  UNITED STATES DISTRICT COURT JUDGE