BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TOLENTINO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00308 CRB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE DATE FOR** |
| v. ) | **SELF-SURRENDER** |
| ) | |
| FRANK TOLENTINO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### STIPULATION

The Court previously ordered the defendant to surrender on July 14, 2008. Both parties stipulate that the defendant should be afforded a continuance of his self-surrender date, until October 6, 2008.

It is so stipulated:

Dated: July 8, 2008            _____/s/_____
                               RONALD C. TYLER
                               Assistant Federal Public Defender

Dated: July 8, 2008            _____/s/_____
                               KIRSTIN M. AULT
                               Assistant United States Attorney

# ~~[PROPOSED]~~ ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the self-surrender date for the defendant in the aforementioned matter currently set for July 14, 2008, shall be continued to October 6, 2008.

**IT IS SO ORDERED**.

Dated:_ July 9, 2008 ________

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA