*filing*

## PROPOSED ORDER/COVER SHEET

**TO:**    **Honorable Edward M. Chen**          **RE:**    **Frank Tolentino**
           **U.S. Magistrate Judge**

**FROM:**  **Richard W. Wieking, Acting Chief**   **DOCKET NO.:**   **CR07-0308 CRB**
           **U.S. Pretrial Services Officer**

**DATE:**  **August 11, 2008**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Jaime Carranza**                             **408-535-5226**
**U.S. PRETRIAL SERVICES**                     **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐  I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐  Inform all parties concerned that a Bail Review Hearing will be conducted by:
   Magistrate Judge_____ Presiding  District Court Judge____ _____ _____

☐  I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒  Modification(s)

   **A. The defendant shall report to U.S. Pretrial Services as directed**

   B.

☐  Bail Revoked/Bench Warrant Issued.

☐  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐  Other Instructions:

_____

_____

_____

_____          8/12/08
**JUDICIAL OFFICER**                       **DATE**

**Cover Sheet** (06/02/08)