IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff, )<br>　　v. )<br>FRANK TOLENTINO, )<br>　　　　　　Defendant. ) | No. CR 07-0308 CRB (EMC)<br><br>[PROPOSED] ORDER EXONERATING BOND |

The bond previously posted and secured by Frank Z. Tolentino and Nancy Tolentino with property located at 1069 Kitchener Circle, San Jose, California 95121 is hereby EXONERATED. The lien against the sureties' property can be lifted.

IT IS SO ORDERED.

DATED: Nov. 4, 2008

_____
HONORABLE
UNITED STATES　　　　JUDGE

*IT IS SO ORDERED. Judge Charles R. Breyer*

[PROPOSED] ORDER EXONERATING BOND